IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Olin Adair, | ) | C/A No.: 0:10-1509-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Scott & Stringfellow, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion to compel arbitration. (ECF No. 6.) On August 10, 2010, the court conducted a brief conference call to discuss discovery, during which call the parties consented and agreed to refer this matter to binding arbitration. Accordingly, pursuant to 9 U.S.C. § 1 et seq., the court hereby submits this matter to binding arbitration in accordance with the agreement of the parties. This case is hereby dismissed without prejudice.

IT IS SO ORDERED.

August 24, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge